NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YONG I. FENLON,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2014-3145

---

Petition for review of the Merit Systems Protection Board in No. SF-0432-04-0076-X-1.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Yong I. Fenlon submits a motion filed on August 4, 2014 seeking various relief.

To the extent that Fenlon is arguing the merits of the petition, those arguments belong in the brief.

Accordingly,

IT IS ORDERED THAT:

2                                    FENLON v. NAVY

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24